ISER P. COHEN, Respondent, v. ELGIN KNIT SPORTSWEAR, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on

payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.